JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>        Plaintiff,<br><br>    v.<br><br>Voluspa Retail, LLC, a California Limited Liability Company; and Does 1-10,<br><br>        Defendants. | Case No. CV 19-10085-GW-GJSx<br>Honorable George H. Wu<br><br>**JUDGMENT GRANTING DEFENDANT VOLUSPA RETAIL, LLC'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>**Date:** June 22, 2020<br>**Time:** 8:30 a.m.<br>**Ct. Rm.:** 9D<br><br><br>Action Filed:   November 26, 2019<br>Trial Date:      None Set |

Defendant Voluspa Retail, LLC's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, came on for hearing on June 22, 2020, at 11:30 a.m. in the above-titled Court. After considering the papers, the evidence, and the arguments of counsel, the Court **ORDERS** as follows:

There are no disputed issues of material fact. Defendant's motion is **GRANTED** and Plaintiff's Complaint is hereby dismissed in its entirety with prejudice. Judgement is entered in favor of Defendant and against Plaintiff on Plaintiff's sole remaining Americans with Disability Act claim.

**IT IS SO ORDERED.**

DATED: June 29, 2020

_[signature: George H. Wu]_

HON. GEORGE WU
United States District Judge